19424. LOG CABIN STEAK COMPANY v. BURTON et al.

DUCKWORTH, Chief Justice. Where, as in this case, the evidence is conflicting, and at most the petitioner's evidence merely casts a suspicion,

the inference from which being that the defendant has and is violating his contract not to enter into business as a competitor of the petitioner for a period of five years in the metropolitan area of Atlanta, it can not be said that the court abused its discretion in failing to grant an interlocutory injunction. *Deriso* v. *Castleberry*, 202 *Ga.* 174 (42 S. E. 2d 356); *Fitzgerald* v. *Head*, 202 *Ga.* 640 (44 S. E. 2d 117); *Jones* v. *Camp*, 208 *Ga.* 164 (65 S. E. 2d 596); *Brown* v. *Bishop*, 197 *Ga.* 569 (30 S. E. 2d 91); *Jones* v. *Lanier Development Co.*, 188 *Ga.* 141, 145 (2 S. E. 2d 923). There was evidence from which the court was authorized to find that the defendant was not violating his contract and competing with the petitioner.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 9, 1956—DECIDED SEPTEMBER 7, 1956—REHEARING DENIED OCTOBER 11, 1956.

*Joseph S. Crespi,* for plaintiff in error.
*Luther C. Hames, Jr., Douglas C. Lauderdale, Jr.,* contra.